PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
EUN GRACE CHUNG, ESQ. (STATE BAR NO. 259766)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

Attorneys for Plaintiff
GEORGE ATONDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ATONDO, | **NO. 2:08-CV-02794-FCD-EFB** |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| COUNTY OF SOLANO, ANDREW SWANSON in his individual capacity, and DOES 1 through 15 inclusive, | |
| Defendants. | HON. FRANK C. DAMRELL, JR. |

The parties, having met and conferred by and through their respective counsel, hereby stipulate that the hearing date for Defendants' Motion to Dismiss, originally scheduled for June 12, 2009, may be rescheduled to July 24, 2009, at 10:00 a.m.. Good cause exists because counsel for Plaintiff is unavailable until May 29, 2009.

-1-

**IT IS SO STIPULATED.**

Dated: May 19, 2009　　　　　　　　　　　　　　Respectfully Submitted,

PRICE AND ASSOCIATES

　/s/ *Pamela Y. Price*
PAMELA Y. PRICE, Attorneys for Plaintiff
GEORGE ATONDO

Dated: May 19, 2009　　　　　　　　　　　　　　MATHENY SEARS LINKERT & JAIME, LLP

By: 　/s/ *Raymond Bangle III*
RAYMOND BANGLE III, Attorney for Defendants
COUNTY OF SOLANO and ANDREW SWANSON

## **ORDER**

　　　　Pursuant to the foregoing stipulation of the parties and good cause appearing therefore, **IT IS HEREBY ORDERED** that the hearing date for Defendants' Motion to Dismiss shall be continued to July 24, 2009, at 10:00 a.m.

Dated: May 20, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE