1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
   The Latham Square Building
3  1611 Telegraph Avenue, Ste. 1450
   Oakland, CA  94612
4  Telephone: (510) 452-0292
   Facsimile: (510) 452-5625
5  E-mail: pypesq@aol.com

6  Attorneys for Plaintiff
7  GEORGE ATONDO

8
9              UNITED STATES DISTRICT COURT
10             EASTERN DISTRICT OF CALIFORNIA
11

12 GEORGE ATONDO,                        )   NO. 2:08-CV-02794 FCD-EFB
                                         )
13         Plaintiff,                    )   **STIPULATION AND ORDER TO MOVE**
                                         )   **HEARING DATE AND ENLARGE**
14 v.                                    )   **TIME FOR REPLY BRIEF FOR**
                                         )   **DEFENDANTS' RULE 12(b)(6)**
15 COUNTY OF SOLANO, ANDREW              )   **MOTION TO DISMISS PLAINTIFF'S**
   SWANSON in his individual capacity, and )  **FIRST AMENDED COMPLAINT**
16 DOES 1 through 15 inclusive           )
                                         )   DATE:       SEPTEMBER 9, 2009
17         Defendants.                   )
                                         )
18 _____      )

19
20         Plaintiff GEORGE ATONDO and Defendants COUNTY OF SOLANO and

21 ANDREW SWANSON hereby stipulate, by and through their respective counsel, that the Court

22 may issue an Order to move the hearing date for Defendants' Rule 12(b)(6) Motion to Dismiss

23 Plaintiff's First Amended Complaint in this action and enlarge the time for Defendants' Reply Brief

24 up to and including five (5) court days prior to the hearing.  The parties agree that the hearing date

25 scheduled for September 18, 2009, at 10:00 a.m., may be continued to October 2, 2009, at 10:00

26 a.m., and Defendants' Reply Brief may be filed and served up to and including five (5) court days

27 prior to the hearing.  Good cause exists for this Stipulation and brief continuance of the hearing to

28 allow Defendants additional time to prepare their Reply Brief due to a defect in the service of

1  Plaintiff's Opposition, and Plaintiff's lead counsel is required to appear to defend four (4) court-
2  ordered depositions in Fresno, California in another matter on September 17 and 18, 2009.

3  Dated: September 9, 2009                          PRICE AND ASSOCIATES

                                                     ____/s/_____
                                                     PAMELA Y. PRICE, Attorneys for Plaintiff
                                                     GEORGE ATONDO

   Dated: September 9, 2009                          MATHENY SEARS LINKERT &
                                                     JAIME LLP

                                                     ____/s/_____
                                                     RAYMOND BANGLE, Attorneys for
                                                     Defendant COUNTY OF SOLANO

### ORDER

**IT IS HEREBY ORDERED** that pursuant to the foregoing Stipulation and good cause appearing therefor, the hearing date for Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint scheduled for September 18, 2009, at 10:00 a.m., shall be continued to October 2, 2009, at 10:00 a.m., and the time for filing and service of Defendants' Reply Brief, if any, shall be enlarged up to and including five (5) court days prior to the hearing.

Dated: September 11, 2009

                                                     _____
                                                     FRANK C. DAMRELL, JR.
                                                     UNITED STATESI DISTRICT JUDGE