Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RAYMOND BANGLE III (SBN 105057)
SCOTT A. CLAREMON (SBN 246483)
3638 American River Drive
Post Office Box 13711
Sacramento, CA  95853-4711
Telephone:     (916) 978-3434
Facsimile:      (916) 978-3430

Attorneys for Defendants, COUNTY OF SOLANO
and ANDREW SWANSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ATONDO,<br><br>           Plaintiff,<br><br>    v.<br><br>COUNTY OF SOLANO, ANDREW SWANSON in his individual capacity, and DOES 1 through 15, inclusive,<br><br>           Defendants. | Case No.  2:08-cv-02794-FCD-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PARTIES TO RESPOND TO DISCOVERY** |

    Plaintiff GEORGE ATONDO propounded a Request for Production of Documents on Defendant ANDREW SWANSON on February 17, 2010, and also propounded a Request for Production of Documents on Defendant COUNTY OF SOLANO on February 26, 2010. Defendants propounded a Request for Production of Documents on Plaintiff on February 22, 2010.  Pursuant to a stipulation entered into by the parties on March 24, 2010, under Local Rule 6-144(a), the deadline for a response to all discovery was extended to April 15, 2010.

    Since that time, the parties have met and conferred regarding a protective order for confidential documents and regarding the scope of discovery requests to Defendant SWANSON. The parties have agreed on a protective order and Defendant SWANSON will respond to the document requests on or before April 15, 2010, as stipulated.  However, the parties seek an additional short continuance to respond to the requests to the Plaintiff and Defendant COUNTY

OF SOLANO.

**IT IS THEREFORE HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that the time for the parties to respond the following discovery is hereby extended to April 26, 2010

1. Plaintiff GEORGE ATONDO's Request for Production of Documents to Defendant COUNTY OF SOLANO; and

2. Defendant COUNTY OF SOLANO's Request for Production of Documents to Plaintiff GEORGE ATONDO.

Dated: April 14, 2010    **MATHENY SEARS LINKERT & JAIME LLP**

By: /s/ Raymond Bangle III
_____
RAYMOND BANGLE III, Attorneys for
Defendants, COUNTY OF SOLANO and
ANDREW SWANSON

Dated: April 14, 2010    **PRICE AND ASSOCIATES**

By: /s/ Pamela Y. Price
_____
PAMELA PRICE, Attorneys for Plaintiff, GEORGE ATONDO
State Bar No. 107713
Price and Associates
The Latham Square Building
1611 Telegraph Ave., Suite 1450
Oakland, CA 94612

**IT IS SO ORDERED.**

Dated: April 14, 2010
_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE