Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RAYMOND BANGLE III (SBN 105057)
3638 American River Drive
Sacramento, CA  95864
rbangle@mathenysears.com
Telephone:   (916) 978-3434
Facsimile:    (916) 978-3430

Attorneys for Defendants, COUNTY OF SOLANO
and ANDREW SWANSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ATONDO,<br><br>       Plaintiff,<br><br>   v.<br><br>COUNTY OF SOLANO, ANDREW SWANSON in his individual capacity, and DOES 1 through 15, inclusive,<br><br>       Defendants. | Case No.  2:08-cv-02794-FCD-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL AND PRE-TRIAL CONFERENCE AND TO EXTEND PRE-TRIAL DEADLINES** |

The parties to this matter, plaintiff GEORGE ATONDO and defendants COUNTY OF SOLANO and ANDREW SWANSON, hereby stipulate and agree to continue the trial in this matter as well as the pre-trial conference and all pretrial deadlines and appearances, because of the parties need to resolve certain issues with regard to the production of documents and to complete a number of depositions of parties, party representatives and third party witnesses.  This continuance is necessary and for good cause because of the sheer number of witnesses that need to be subpoenaed and deposed, the difficulty caused by the non-cooperation of several of these witnesses as well as conflicting trials and other events on counsels' calendars.

Pursuant to the Status (PreTrial Scheduling) Order in this matter dated October 2, 2009, all discovery shall be completed by September 10, 2010.  Expert disclosures are due by

1

*Stipulation to Continue Trial and Pre-Trial Conference and to Extend Pre-Trial Deadlines*

September 24, 2010. Dispositive motions must be heard by January 14, 2011. The Final PreTrial Conference is set for March 18, 2011. And trial is set for May 17, 2011.

The parties have conducted written discovery, but a number of issues have arisen regarding the production of documents requiring a protective order for confidential information as well as a motion to compel by plaintiff which is presently set to be heard on July 21, 2010. The parties are also in the process of meeting and conferring on a deposition schedule that will include at least fifteen (15) and as many as twenty-four (24) depositions, including the second day of the plaintiff, defendant Andrew Swanson's and those of other key employees, supervisors, former employees and other witnesses.

The plaintiff has been diligently pursuing discovery since receiving and serving initial disclosures on January 19, 2010. Plaintiff's counsel has been actively engaged in: extensive fact gathering; preparing document productions (requests for production to defendants served on February 26, 2010, April 23, 2010, June 7, 2010, and June 10, 2010; response to requests for production of documents to Plaintiff served on April 26, 2010), interrogatories (served on defendants on April 30, 2010, and June 7, 2010), plaintiff's answers to interrogatories (by agreement of the parties will be served by July 23, 2010); preparing and filing a motion to compel further discovery responses (motion filed on June 16, 2010). Plaintiff's counsel has conferred with defense counsel regarding documents and items not yet produced on several occasions.

Defendants have been diligent in trying to defend this case but the discovery generated on both sides exceeds even defense counsel's broadest expectations. First, the defense anticipated in being able to use an investigator to interview many witnesses as opposed to deposing these witnesses, but it turns out that many witnesses are uncooperative and need to be deposed. Consequently, the number of depositions in this case has increased and probably exceeds the initial agreed-upon amount. In fact, plaintiff's attorney has asked for an additional two depositions making plaintiff's requested amount twelve (12) and it now appears as if the defense will have to at least take this many depositions. Furthermore, the defense has been diligently responding to significant discovery requests from plaintiff's attorney producing almost three

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

thousand (3,000) documents in five (5) separate requests to produce documents and answering dozens of interrogatories propounded to the defense. Finally, dozens of requests for admissions have been propounded on both defendants and the defense has been diligently responding to this discovery for the last month or two, further delaying the ability to engage in the required deposition schedules. Finally, the defense has noticed depositions which have been continued due to scheduling conflicts which make the ability to complete the scheduled depositions under the previous cut-off deadlines difficult, if not impossible, and counsel for defendants have already taken one full of Mr. Atondo's deposition. It should be pointed out that both counsel requested additional time for completion of discovery in their original submission to the Court. Counsel are being diligent in their prosecution and defense of this case. This case is a difficult and complex case requiring extensive discovery.

In addition to the issues involving written discovery that have delayed the completion of discovery in this matter, counsel for plaintiff has been engaged in a trial in the Northern District of California, *Gordon v. The Bay Area Air Quality Management District*, Case No. C08-3630 BZ, from May 10-19, 2010. They also have been preparing a motion for class certification in the Northern District, *Fobbs v.City of Union City,* Case No. C09-02723 PJH, which is set to be filed no later than July 21, 2010. In anticipation of the Motion, thirty (30) individual class members, three (3) Rule 30(b)(6) witnesses and one (1) third party witness have been deposed since June 1, 2010. In addition, the Court has convened three (3) separate and lengthy discovery hearings and required all counsel to meet and confer extensively before the hearings. Discovery cut-off in that matter was July 7, 2010, however, the parties anticipate completing another four (4) to five (5) during the week of July 12th. Similarly, counsel for defendant prepared for and appeared at a trial in Sonoma County Superior Court, *Williams v. Miller*, et al., Case No. SCV239280, on March 16, 2010, and was on vacation for part of April. In addition, defendants have found it difficult to serve and gain the cooperation of several non-party witnesses, which they had originally thought could be noticed without issue.

Going forward, the parties do not believe they can complete the depositions by the September 10, 2010, cut-off because, (1) plaintiff's lead counsel has a pre-scheduled vacation

from July 23 – August 10, 2010, and (2) defendant's counsel has upcoming depositions and mediations in several other matters and his associate attorney, who was scheduled to cover several of the depositions, has left the firm. The primary associate in the plaintiff's firm assigned to the case also resigned on June 30, 2010 due to medical issues. A new associate is working to get up to speed on the case. The parties therefore request a continuance of two months to ensure that they complete the depositions.

**IT IS THEREFORE HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that the trial date and all pre-trial deadlines be continued approximately two months, as follows:

1. Completion of non-expert discovery -  November 10, 2010;
2. Disclosure of expert witnesses -  November 24, 2010;
3. Supplemental disclosure of experts – December 15, 2010;
4. Dispositive motions – March 11, 2011;
5. Final Pre-Trial Conference – April 22, 2011, at 2:00 p.m.; and
6. Trial Date – August 16, 2011, at 9:00 a.m.

Dated: July 12, 2010.   **MATHENY SEARS LINKERT & JAIME LLP**

By: /s/ Raymond Bangle III
RAYMOND BANGLE III, Attorneys for Defendants, COUNTY OF SOLANO and ANDREW SWANSON

Dated: July 12, 2010.   **PRICE AND ASSOCIATES**

**BY:**/S/ PAMELA PRICE
PAMELA PRICE, Attorneys for Plaintiff, GEORGE ATONDO

**IT IS SO ORDERED.**

Dated: July 12, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

4