IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE ATONDO,

    Plaintiff,                                  No. CIV S-08-2794 FCD EFB

    vs.

ANDREW SWANSON;
COUNTY OF SOLANO,

    Defendants.                             ORDER

        On August 11, 2010, the court heard plaintiff's motion to compel defendants to produce documents, including further responses to plaintiff's Request for Production of Documents Nos. 12, 13, 14 and 15. Dckt. Nos. 33, 36, 41. Attorney George Khoury appeared on behalf of plaintiff and attorney N. Kate Jeffries appeared on behalf of defendants.

        As stated on the record, and for the reasons stated on the record, plaintiff's motion to compel, Dckt. No. 33, is granted in part and denied in part. Within fourteen days from the date of this order, defendants shall produce (1) a list containing a description of (including a summary of the factual allegations within, but excluding the complainant's name and contact information) all lawsuits, administrative charges, or other external complaints by employees (and non-employees, if plaintiff agrees to reimburse defendants for fifty percent of the costs of reviewing and identifying responsive documents regarding non-employees) and internal Equal

1

1  Employment Opportunity and Civil Service complaints; relating to discrimination, retaliation or
2  harassment on the basis of national origin or race; for the following nine departments within the
3  County of Solano: Human Resources, County Administration, Health & Social Services,
4  Emergency Medical Services, Emergency Services, Sheriff's Department, Auditor's Department,
5  General Services, and Resource Management; between January 2004 and November 2008; and
6  (2) a list containing a description of (including a summary of the factual allegations therein, but
7  excluding the complainant's name and contact information) any other complaints (including
8  official and unofficial complaints) made by employees (and non-employees, if plaintiff agrees to
9  reimburse defendants for fifty percent of the costs of reviewing and identifying responsive
10 documents regarding non-employees); relating to discrimination, retaliation or harassment on the
11 basis of national origin or race; for the following two departments within the County of Solano:
12 General Services and Resource Management; between January 2004 and November 2008.  After
13 receiving the above-mentioned lists from defendants, plaintiff may request copies of any relevant
14 complaint documents referenced in list (1) above, and any documents reflecting, referring or
15 relating to relevant complaint documents referenced in list (2) above, subject to redaction where
16 appropriate and the protective order entered in this action on April 19, 2010.

17     SO ORDERED.
18 DATED: August 12, 2010.

            _____
            EDMUND F. BRENNAN
            UNITED STATES MAGISTRATE JUDGE