PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
GEORGE S. KHOURY, ESQ. (STATE BAR NO. 269738)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Ste. 1450
Oakland, CA  94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

Attorneys for Plaintiff
GEORGE ATONDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ATONDO, | ) NO. 2:08-CV-02794 FCD-EFB |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND THE DEADLINE FOR** |
| v. | ) **EXPERT WITNESS DISCLOSURES** |
| | ) |
| COUNTY OF SOLANO, ANDREW SWANSON in his individual capacity, and DOES 1 through 15 inclusive | ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

        The parties, by and through their respective counsels of record, agree that the November 24, 2010 deadline to disclose expert witnesses shall be moved to December 8, 2010, and the December 15, 2010 deadline for supplemental disclosure of expert witnesses shall be moved to December 22, 2010.  Good cause exists for this enlargement of time as the parties have scheduled a mediation with a private mediator on November 23, 2010 and wish to attempt to settle the case prior to finalizing agreements with expert witnesses.

-1-
STIPULATION AND ORDER RE: EXPERT DISCLOSURE (2:08-CV-02794 FCD-EFB)

| | |
|---|---|
| Dated:  October 22, 2010 | PRICE AND ASSOCIATES |

                                                   /s/
GEORGE S. KHOURY, Attorneys for Plaintiff GEORGE ATONDO

Dated: October __, 2010          MATHENY SEARS LINKERT & JAIME LLP

                                                   /s/
RAYMOND BANGLE, Attorneys for Defendant County of Solano

**ORDER**

Pursuant to the foregoing stipulation of the parties, and good cause appearing therefor,

**IT IS SO ORDERED.**

Dated: November 2, 2010

*[signature]*

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE