IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE ATONDO,

      Plaintiff,                                        No. CIV S-08-2794 FCD EFB

   vs.

ANDREW SWANSON; and
COUNTY OF SOLANO,

      Defendants.                                     <u>ORDER</u>
_____/

     On October 27, 2010, the court heard defendant Andrew Swanson's motion to quash or modify a subpoena issued to the County of San Mateo for Swanson's employment records, Dckt. No. 47, and plaintiff's motion to compel defendant County of Solano to provide further responses to plaintiff's Interrogatory Nos. 5, 11, 12, 13, and 16, Dckt. No. 48.  Attorney George Khoury appeared on behalf of plaintiff and attorney N. Kate Jeffries appeared on behalf of defendants.

     For the reasons stated on the record, defendant's motion to quash or to modify the August 31, 2010 subpoena that plaintiff served on the County of San Mateo, Dckt. No. 47, is granted in part and denied in part.  Within fourteen days from the date of this order, in lieu of producing all of the documents requested in the August 31, 2010 subpoena, the County of San Mateo shall produce the following employment records regarding Swanson:

1

(1) all complaints against Mr. Swanson; (2) all documents regarding discipline imposed on Mr. Swanson; and (3) all documents regarding Mr. Swanson's separation of employment.

Also, as stated on the record, plaintiff's motion to compel defendant County of Solano to provide further responses to plaintiff's Interrogatory Nos. 5, 11, 12, 13, and 16, Dckt. No. 48, is granted in part and denied in part. Within twenty days from the date of this order, the County of Solano shall respond to Interrogatory No. 5 by preparing a list of all County of Solano employees who were terminated for inexcusable neglect of duties between January 2004 and November 2008 and who worked in any of the following nine departments within the County of Solano: Human Resources, County Administration, Health & Social Services, Emergency Medical Services, Emergency Services, Sheriff's Department, Auditor's Department, General Services, and Resource Management. The list shall include the date each termination occurred, the race/national origin of the terminated employee, and a summary of the reasons for the termination, but shall exclude any identifying information regarding the terminated employees. Plaintiff will have ten days thereafter to request names and contact information for relevant employees.[1]

Further, within forty-five days from the date of this order, the County of Solano shall respond to Interrogatory No. 11 by preparing a list of all County of Solano employees who were disciplined for working overtime that was not preapproved between January 2004 and November 2008 and who worked in any of the nine departments delineated above. The list shall include the date each disciplinary action occurred, the race/national origin of the disciplined employee, and a summary of the reasons for the discipline, but shall exclude any identifying information regarding the disciplined employees. Plaintiff will have fifteen days thereafter to request names and contact information for relevant employees.

///

---

[1] The deadlines provided herein were agreed to by the parties. Dckt. No. 60 at 2.

2

1       Further, within forty-five days from the date of this order, the County of Solano shall
2  respond to Interrogatory No. 13 by preparing a list of all County of Solano employees who were
3  disciplined for failing to maintain a license between January 2004 and November 2008 and who
4  worked in any of the nine departments delineated above.  The list shall include the date each
5  disciplinary action occurred, the race/national origin of the disciplined employee, and a summary
6  of the reasons for the discipline, but shall exclude any identifying information regarding the
7  disciplined employees.  Plaintiff will have fifteen days thereafter to request names and contact
8  information for relevant employees.

9       Finally, the County of Solano need not respond to Interrogatory No. 12 since the
10 information sought therein was provided in the declaration of Colby LaPlace, Dckt. No. 51 and
11 in the proposed order filed on November 8, 2010, Dckt. No. 60, and need not respond to
12 Interrogatory No. 16 for the reasons stated on the record at the hearing.

13      In summary, defendant Andrew Swanson's motion to quash or modify the subpoena that
14 plaintiff served on the County of San Mateo, Dckt. No. 47, is granted in part and denied in part,
15 and plaintiff's motion to compel defendant County of Solano to provide further responses to
16 plaintiff's interrogatories, Dckt. No. 48, is granted in part and denied in part.  The Clerk of the
17 Court is directed to serve a copy of this order on the County of San Mateo at the following
18 address: Jim Porter, Director of Public Works, County of San Mateo; 555 County Center, 5th
19 Floor, Redwood City, CA 94063.

20      SO ORDERED.

21 DATED:  November 10, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE