PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
GEORGE S. KHOURY, ESQ. (STATE BAR NO. 269738)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Ste. 1450
Oakland, CA  94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

Attorneys for Plaintiff
GEORGE ATONDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ATONDO, | ) NO. 2:08-CV-02794 FCD-EFB |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND THE DEADLINE FOR** |
| v. | ) **EXPERT WITNESS DISCLOSURES** |
| | ) |
| COUNTY OF SOLANO, ANDREW SWANSON in his individual capacity, and DOES 1 through 15 inclusive | ) ) ) |
| | ) |
| Defendants. | ) |

The parties, by and through their respective counsels of record, agree that the December 8, 2010 deadline to disclose expert witnesses shall be moved to January 24, 2011, and the December 22, 2010 deadline for supplemental disclosure of expert witnesses shall be moved to February 7, 2011.  Good cause exists for this enlargement of time as the parties are currently engaged in mediation and have scheduled a second session of mediation with a private mediator on January 10, 2011 and wish to attempt to settle the

-1-
STIPULATION RE: EXPERT DISCLOSURE (2:08-CV-02794 FCD-EFB)

case prior to finalizing agreements with expert witnesses. This was the earliest mediation date the parties could schedule with the mediator.

On November 23, 2010, the parties participated in a private mediation which was productive. Since the mediation, the parties have been diligently researching various alternative settlement terms and addressing other issues raised during the mediation. The parties scheduled a second session in order to allow the parties to research and explore the various issues and settlement terms discussed and then return to the negotiations. The parties believe and agree that it would be more efficient and cost-effective to postpone the retention and disclosure of experts until after the mediation.

All other non-expert discovery has been completed with a few exceptions. Mr. Atondo commenced the deposition of Deputy County Administrator Birgitta Corsello but was unable to complete the deposition before discovery cut-off and Defendants have agreed to allow Mr. Atondo to complete Ms. Corsello's deposition. Defendants have been ordered to produce certain documents and records on or before January 20, 2011, but anticipate requesting additional time to comply with the Magistrate Judge's November 10, 2010 Order.

Dated: December 7, 2010   PRICE AND ASSOCIATES

/s/
GEORGE S. KHOURY, Attorneys for Plaintiff GEORGE ATONDO

Dated: December 7, 2010   MATHENY SEARS LINKERT & JAIME LLP

/s/
RAYMOND BANGLE, Attorneys for Defendants COUNTY OF SOLANO and ANDREW SWANSON

**ORDER**

Pursuant to the foregoing stipulation of the parties, and good cause appearing therefor, **IT IS SO ORDERED.** The December 8, 2010 deadline to disclose expert witnesses shall be moved to January 24, 2011, and the December 22, 2010 deadline for supplemental disclosure of expert witnesses shall be moved to February 7, 2011.

Dated: December 8, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT COURT