Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RAYMOND BANGLE III (SBN 105057)
N. KATE JEFFRIES
3638 American River Drive
Sacramento, CA  95864
rbangle@mathenysears.com
Telephone:   (916) 978-3434
Facsimile:    (916) 978-3430

Attorneys for Defendants, COUNTY OF SOLANO
and ANDREW SWANSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ATONDO,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF SOLANO, ANDREW SWANSON in his individual capacity, and DOES 1 through 15, inclusive,<br><br>            Defendants. | Case No.  2:08-cv-02794-KJM-EFB<br><br>**STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TO EXTEND PRE-TRIAL DEADLINES AND ORDER** |

The parties to this matter, plaintiff GEORGE ATONDO and defendants COUNTY OF SOLANO and ANDREW SWANSON, hereby stipulate and agree to continue the deadlines for the following:

(1)    Disclosure of expert witnesses from January 24, 2011 to March 24, 2011.

(2)    Supplemental expert disclosure from February 7, 2011 to April 7, 2011.

(3)    The hearing of dispositive motions from March 11, 2011 to May 11, 2011.

(4)    Pre-Trial conference from April 22, 2011 to June 23, 2011 (or other suggested date and time by the Court during that week)

The parties want to continue the deadlines for several reasons.  First, the parties have attended two mediations with the last one being on January 10, 2011.  These ongoing settlement discussions have delayed preparation of the case concerning expert disclosure and dispositive

*Stipulation to Continue Pre-Trial Conference and to Extend Pre-Trial Deadlines; Order*

motions. Additionally, the parties are requesting a change in the dates because the previously scheduled Pre-Trial Conference was set earlier that desirable in relation to the trial date DUE TO the calendars of the Court and the parties. It is the desire of the parties to this litigation to have the Pre-Trial Conference closer to the trial date of August 16, 2011. Finally, the parties are requesting a change in the time deadlines because the attorney for SOLANO COUNTY and Mr. SWANSON had emergency surgery on December 25, 2010 and was in the hospital for almost a week and out of work several weeks. This further delayed preparation of the case as previously planned by the defense.

The parties believe they will be able to try the case as scheduled on August 16, 2011. However, the parties would like to move the above-mentioned deadlines in an attempt to have adequate time for trial preparation and pre-trial work on the file.

Dated: January 27, 2011.        **MATHENY SEARS LINKERT & JAIME LLP**

**By**: /S/ Raymond Bangle
RAYMOND BANGLE III, Attorneys for Defendants, COUNTY OF SOLANO and ANDREW SWANSON

Dated: January 27, 2011.        **PRICE AND ASSOCIATES**

**BY:** /S/ PAMELA PRICE
PAMELA PRICE, Attorneys for Plaintiff, GEORGE ATONDO

**IT IS SO ORDERED.** The trial date remains as previously set.

Dated: February 4, 2011.

UNITED STATES DISTRICT JUDGE

2

*Stipulation to Continue Pre-Trial Conference and to Extend Pre-Trial Deadlines*