VINCENT M. SPOHN (CSB# 092334)
VINCENT M. SPOHN, A PROFESSIONAL CORPORATION
1005 Jefferson Street
Post Office Box 5748
Napa, California  94581-0748
Telephone:  (707) 255-1885
Facsimile:  (707) 255-0974

Attorneys for Plaintiff
GEORGE ATONDO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE ATONDO, an individual, | Case No. 2:08-CV-02794 KJM-EFB |
| Plaintiffs, | [Assigned to Judge Kimberly J. Mueller] |
| v. | **STIPULATION TO EXTEND PRE-TRIAL DEADLINES, AND TRIAL DATE, AND PROPOSED ORDER** |
| COUNTY OF SOLANO, ANDREW SWANSON in his individual capacity, and DOES 1 through 15, inclusive, | |
| Defendants. | |

The parties to this matter, plaintiff GEORGE ATONDO and defendants COUNTY OF SOLANO and ANDREW SWANSON, hereby stipulate and agree to continue the deadlines for the following:

   1) Disclosure of expert witnesses from March 4, 2011 to April 7, 2011.

   2) Supplemental expert disclosure from April 7, 2011 to April 21, 2011.

   3) The hearing of dispositive motions from May 11, 2011 to May 25, 2011.

   4) The trial from August 22, 2011 to September 12, 2011 or November 14, 2011.

The parties want to continue the deadlines for several reasons.  First, Plaintiff George Atondo has retained a new attorney, Vincent M. Spohn, who needs time to familiarize himself with the case,

1  and who has a 3 week jury trial in Sonoma County Superior Court commencing July 15, 2011.
2  Second, the parties have attended two mediations with the last one being on January 10, 2011.  These
3  ongoing settlement discussions have delayed preparation of the case concerning expert disclosure and
4  dispositive motions.
5      The parties believe they will be able to try the case as scheduled on either trial date suggested.
6  However, the parties would like to move the above-mentioned deadlines in an attempt to have
7  adequate time for trial preparation and pre-trial work on the file.
8
9  Dated:  March ___, 2011              MATHENY SEARS LINKERT & JAIME LLP
10
11                                       By: _____
12                                           RAYMOND BANGLE, III
                                             Attorneys for Defendants
13                                           COUNTY OF SOLANO and
                                             ANDREW SWANSON
14
15 Dated:  March 22, 2011               VINCENT MARTIN SPOHN, A.P.C.
16
17                                       By: _____
                                             VINCENT M. SPOHN,
18                                           Attorneys for Plaintiff
                                             GEORGE ATONDO
19
20
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2

STIPULATION TO EXTEND PRE-TRIAL DEADLINES, AND TRIAL DATE, AND  ORDER
CASE NO. 2:08: CV-02794 FCD-EFB

**ORDER**

Pursuant to the foregoing stipulation of the parties, and good cause appearing therefor, **IT IS SO ORDERED.** The deadline to disclosure expert witnesses shall be moved from March 4, 2011 to April 7, 2011, the deadline for supplemental expert disclosure shall be moved from April 7, 2011 to April 21, 2011, the hearing of dispositive motions shall be moved from May 11, 2011 to May 25, 2011 and the trial date shall remain set on August 22, 2011.

Dated:  April 6, 2011.

_____
UNITED STATES DISTRICT JUDGE