IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE ATONDO,

    Plaintiff,                      NO. CIV. S-2:08-02794 KJM-EFB

    vs.

COUNTY OF SOLANO, ANDREW SWANSON in his individual capacity, and DOES 1 through 50, inclusive,

    Defendants.                 **ORDER**

        Having shown good cause, plaintiff's request that this court continue the hearing date for defendants' motion for summary judgment, currently set for June 1, 2011 is GRANTED. The hearing on defendant's motion for summary judgment is continued to coincide with defendants' motions to exclude plaintiff's witnesses and compel on June 22, 2011. IT IS SO ORDERED.

Dated: May 31, 2011.

_____
UNITED STATES DISTRICT JUDGE