Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RAYMOND BANGLE III (SBN 105057)
3638 American River Drive
Sacramento, CA  95864
rbangle@mathenysears.com
Telephone:     (916) 978-3434
Facsimile:      (916) 978-3430

Attorneys for Defendants, COUNTY OF SOLANO
and ANDREW SWANSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ATONDO,<br><br>             Plaintiff,<br><br>      v.<br><br>COUNTY OF SOLANO, ANDREW SWANSON in his individual capacity, and DOES 1 through 15, inclusive,<br><br>             Defendants. | Case No.  2:08-cv-02794-FCD-EFB<br><br>**STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL CONFERENCE; ORDER** |

The parties to this matter, plaintiff GEORGE ATONDO and defendants COUNTY OF SOLANO and ANDREW SWANSON, hereby stipulate and agree to continue the pre-trial conference and trial in this matter due to a pending settlement.  On Saturday, October 15, 2011, the parties attended their third mediation in this matter.  A tentative settlement agreement was reached and a Memorandum of Understanding setting forth the terms of the agreement was signed.  One condition of the settlement agreement to be performed by the County of Solano requires approval by the Solano County Board of Supervisors.  Defendants expect to have Board approval by November 1, 2011.  As soon as Board approval is obtained, the parties will file a notice of settlement with the Court.

The final pre-trial Conference is currently set for October 19, 2011.  The trial is set for November 29, 2011.  Defendants currently have three motions pending before the Court,

1

*Stipulation to Continue Trial and Pre-Trial Conference and to Extend Pre-Trial Deadlines; Order*

including a motion for summary judgment. Additionally, the parties have not filed motions in limine, jury instructions, or other necessary trial documents and expect to receive deadlines for filing these documents at the pre-trial conference. Therefore, the parties respectfully request that a continuance be granted so that the parties do not incur additional costs in relation to trial preparation. Additionally, the parties do not wish to further burden the Court with the pending motions and motions in limine the parties intend to file when the parties expect the matter to be dismissed by mid-November.

**IT IS THEREFORE HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that the pre-trial conference be continued to Wednesday, December 7, 2011 or January 11, 2012 and the trial date be re-assigned at that time.

Dated: October 17, 2011.           **MATHENY SEARS LINKERT & JAIME LLP**

                                   By: /s/ RAYMOND BANGLE III
                                       RAYMOND BANGLE III, Attorneys for
                                       Defendants, COUNTY OF SOLANO and
                                       ANDREW SWANSON

Dated: October 17, 2011            **VINCENT M. SPOHN, A PROFESSIONAL CORPORATION**

                                   By: /s/ VINCENT M. SPOHN
                                       VINCENT SPOHN, Attorneys for Plaintiff,
                                       GEORGE ATONDO

2

*Stipulation to Continue Trial and Pre-Trial Conference; Order*

**ORDER**

The Final Pretrial Conference is hereby continued until **November 9, 2011**; the trial date of November 29 is vacated. The court will refrain from issuing its order on Defendants' motion for summary judgment until the November 9 date.

IT IS SO ORDERED.

**Date: 10/18/2011**

_____
UNITED STATES DISTRICT JUDGE