1   Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
2   RAYMOND BANGLE III (SBN 105057)
3638 American River Drive
3   Sacramento, CA  95864
rbangle@mathenysears.com
4   Telephone:      (916) 978-3434
Facsimile:       (916) 978-3430
5
Attorneys for Defendants, COUNTY OF SOLANO
6   and ANDREW SWANSON

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   GEORGE ATONDO,                              Case No.  2:08-cv-02794-FCD-EFB

12                    Plaintiff,                 **STIPULATION TO CONTINUE TRIAL
                                                 AND PRE-TRIAL CONFERENCE;**
13        v.                                     **ORDER**

14   COUNTY OF SOLANO, ANDREW
SWANSON in his individual capacity, and
15   DOES 1 through 15, inclusive,

16                    Defendants.

17

18          The parties to this matter, plaintiff GEORGE ATONDO and defendants COUNTY OF

19   SOLANO and ANDREW SWANSON, hereby stipulate and agree to continue the pre-trial

20   conference and trial in this matter due to a pending settlement.  On Saturday, October 15, 2011,

21   the parties attended their third mediation in this matter.  A tentative settlement agreement was

22   reached and a Memorandum of Understanding setting forth the terms of the agreement was

23   signed.  One condition of the settlement agreement to be performed by the County of Solano

24   requires approval by the Solano County Board of Supervisors.  Defendants expect to have Board

25   approval by November 1, 2011.  As soon as Board approval is obtained, the parties will file a

26   notice of settlement with the Court.

27          The final pre-trial Conference is currently set for October 19, 2011.  The trial is set for

28   November 29, 2011.  Defendants currently have three motions pending before the Court,

1

LAW OFFICES OF
**MATHENY SEARS LINKERT &JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

including a motion for summary judgment.  Additionally, the parties have not filed motions in limine, jury instructions, or other necessary trial documents and expect to receive deadlines for filing these documents at the pre-trial conference.  Therefore, the parties respectfully request that a continuance be granted so that the parties do not incur additional costs in relation to trial preparation.  Additionally, the parties do not wish to further burden the Court with the pending motions and motions in limine the parties intend to file when the parties expect the matter to be dismissed by mid-November.

**IT IS THEREFORE HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that the pre-trial conference be continued to Wednesday, December 7, 2011 or January 11, 2012 and the trial date be re-assigned at that time.

Dated:  October 17, 2011.                    **MATHENY SEARS LINKERT & JAIME LLP**

By: /s/ RAYMOND BANGLE III
    RAYMOND BANGLE III, Attorneys for
    Defendants, COUNTY OF SOLANO and
    ANDREW SWANSON

Dated:  October 17, 2011                    **VINCENT M. SPOHN, A PROFESSIONAL CORPORATION**

By: /S/ VINCENT M. SPOHN
    VINCENT SPOHN, Attorneys for Plaintiff,
    GEORGE ATONDO

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

2

*Stipulation to Continue Trial and Pre-Trial Conference; Order*

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA  95864

1

**ORDER**

2   The Final Pretrial Conference is hereby continued until **November 9, 2011**; the trial date

3   of November 29 is vacated.  The court will refrain from issuing its order on Defendants' motion

4   for summary judgment until the November 9 date.

5   IT IS SO ORDERED.

6   **Date:  10/18/2011**

7   _____

8   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

*Stipulation to Continue Trial and Pre-Trial Conference; Order*